# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 14, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

139799(61)

JOHN F. SINGER, III,
           Plaintiff-Appellant,

v

ANURADHA SREENIVASAN and
BALAJI GANAPATHY,
           Defendants-Appellees.
_____

SC: 139799
COA: 284575
Macomb CC: 06-002281-NI

      On order of the Chief Justice, the motion by the Insurance Institute of Michigan for leave to file a brief *amicus curiae* and for extension of time is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 14, 2010

_____
Clerk